**Albert FARGO, Petitioner**

v.

**WORKERS' COMPENSATION AP-PEAL BOARD (CITY OF PHIL-ADELPHIA), Respondent**

No. 486 EAL 2016

Supreme Court of Pennsylvania.

April 5, 2017

### ORDER

PER CURIAM

**AND NOW,** this 5th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**

**Tracie PROCANYN, Appellant**

v.

**COMMONWEALTH of Pennsylvania, Department of Health, and Service Employees International Union, Healthcare Pennsylvania, Appellees**

No. 5 MAP 2017

Supreme Court of Pennsylvania.

April 7, 2017

### ORDER

PER CURIAM

**AND NOW,** this 7th day of April, 2017, the Notice of Appeal is quashed.

**Avery TALMADGE, Appellant**

v.

**COMMONWEALTH of Pennsylvania, Appellee**

No. 5 EAP 2017

Supreme Court of Pennsylvania.

April 7, 2017

Helen Levin, Philadelphia, PA, for Appellant.

Avery Talmadge, Frackville, PA, Pro Se.

Hugh J. Burns, Jr., Philadelphia District Attorney's Office, Philadelphia, PA, for Appellee.

### ORDER

PER CURIAM

**AND NOW,** this 7th day of April, 2017, the Notice of Appeal is quashed.